**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andres COLLADO–ROJAS,
Defendant–Appellant.**

No. 11–30190.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2012.*

Filed Aug. 13, 2012.

Michael J. Fica, Office of the U.S. Attorney, Pocatello, ID, Anthony G. Hall, Esquire, Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

David N. Parmenter, Parmenter & Associates, Blackfoot, ID, for Defendant–Appellant.

Before: GRABER, RAWLINSON, and BLACK **, Circuit Judges.

MEMORANDUM ***

Appellant Andres Collado–Rojas (Collado–Rojas) challenges his convictions for conspiracy to distribute methamphetamine and possession of methamphetamine with intent to distribute. Collado–Roj as maintains that there was insufficient evidence to support his convictions because he was misidentified as his brother.

Given the numerous in-court identifications of Collado–Rojas as involved in the methamphetamine conspiracy, there was sufficient evidence supporting Collado–Rojas's convictions and, viewing the evidence in the light most favorable to the prosecution, "*any* rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt," including Collado–Roj as's identity. *United States v. Del Toro–Barboza,* 673 F.3d 1136, 1143 (9th Cir.2012) (citation omitted) (emphasis in the original).

**AFFIRMED.**

**Miguel Antonio PUENTE–
AGUIRRE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 10–73482.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Susan H. Black, United States Senior Circuit Judge for the Eleventh Circuit, sitting by designation.

*** This disposition is not appropriate for publi-

Submitted Aug. 8, 2012.*

Filed Aug. 13, 2012.

Fatma Essam Marouf, Marouf Law Group, PLC, Los Angeles, CA, for Petitioner.

R. Alexander Goring, Esquire, Trial, OIL, Cindy S. Ferrier, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

## MEMORANDUM **

Miguel Antonio Puente–Aguirre, a native and citizen of Peru, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.2010), and we deny the petition for review.

The agency did not abuse its discretion in denying Puente–Aguirre's motion to reopen as untimely because the motion was filed almost thirteen years after the agency's final decision. *See* 8 C.F.R. § 1003.23(b)(1). Puente–Aguirre failed to

cation and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

establish the due diligence required for equitable tolling of the filing deadline, *see Singh v. Gonzales*, 491 F.3d 1090, 1096–97 (9th Cir.2007), and failed to present sufficient evidence of changed circumstances in Peru to qualify for the regulatory exception to the filing deadline, *see* 8 C.F.R. § 1003.23(b)(4)(i).

We do not consider Puente–Aguirre's contentions regarding the IJ's violation of his due process rights, or other remaining contentions, because the untimeliness determination is dispositive.

**PETITION FOR REVIEW DENIED.**

v.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).